**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| vs. ) | **CRIMINAL NO. 07-00327-KD** |
| ) | |
| **BOBBY LAW, JR.,** ) | |
| **Defendant.** | |

## ORDER

This action is before the Court on the Certificate of Conditional Release (doc. 48, Under Seal) and the Report from the Federal Bureau of Prisons, a copy of which has been provided to counsel. The **hearing** pursuant to 18 U.S.C. § 4247(d), to determine whether Law may be conditionally released pursuant to 18 U.S.C. § 4243(f), is scheduled for **October 13, 2011 at 2:00 p.m.** before the undersigned in Courtroom 5 A of the United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

The United States Marshal is **ordered** to produce defendant Law for this hearing. The Court further **orders** that during transportation and at the next designation, Law must be given his prescribed medication in compliance with his prescribed regimen of treatment and undergo regular monitoring by mental health professionals at the next designation.

**DONE** and **ORDERED** this 29th day of September, 2011.

                                                  s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**